UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEBORAH NELSON,

          Plaintiff,

    -against-

REDLINE RECOVERY SERVICES, LLC,

          Defendant.

**VERIFIED COMPLAINT and DEMAND
FOR JURY TRIAL**

     Plaintiff, Deborah Nelson ("Plaintiff"), through her attorneys, Krohn & Moss, LTD.,
alleges the following against Defendant, Redline Recovery Services, LLC ("Defendant"):

Nature of the Action

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15
   U.S.C. 1692 et seq.* ("FDCPA").

Parties

2. Plaintiff is a natural person residing in Exeter, New Hampshire.

3. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to
   Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

4. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought
   to collect a consumer debt from Plaintiff.

5. Defendant is a collection agency with a business office in Buffalo, Erie County, New
   York.

6. Defendant acted through its agents, employees, officers, members, directors, heirs,
   successors, assigns, principals, trustees, sureties, subrogees, representatives, and

insurers.

## Jurisdiction and Venue

7. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

8. Defendant conducts business and is principally located in the state of New York, and therefore, personal jurisdiction is established.

9. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

10. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## Factual Allegations

11. Defendant places almost daily collection calls for several months to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant leaves messages for Plaintiff to call back at 800-804-8082.

## Claim for Relief

13. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, Deborah Nelson, respectfully requests judgment be entered against Defendant, Redline Recovery Services, LLC, for the following:

2

14. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

17. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, Deborah Nelson, demands a jury trial in this cause of action.

Dated: April 12, 2010

KROHN & MOSS, LTD.

By: _____

Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
Tel: 312-578-9428
Fax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

**VERIFICATION**

STATE OF NEW HAMPSHIRE

      Plaintiff, Deborah Nelson, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint
5. I have filed this Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, Deborah Nelson, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _4-3-2010_                   _Deborah Nelson_
                                      Deborah Nelson